**Ulibasa Agustina TUMOING; et al., Petitioners,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–73848.

Agency Nos. A73–889–928, A73–889–927, A73–889–930, A73–889–929.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 10, 2004.

Cesar R. Fumar, Law Office of Cesar R. Fumar, South San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, OIL, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondents.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM**

Ulibasa Agustina Tumoing, a native and citizen of Indonesia, petitions with her husband and children for review of a decision of the Board of Immigration Appeals ("BIA") affirming the immigration judge's ("IJ") denial of their application for asy-

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

lum. We have jurisdiction under 8 U.S.C. § 1105a. We deny the petition.

Substantial evidence supports the IJ's denial of the asylum claim because Tumoing's testimony and asylum application do not demonstrate that her experiences, including harassment and vandalism, rise to the level of harm necessary to compel a finding of persecution. *See Singh v. INS,* 134 F.3d 962, 969 (9th Cir.1998); *see also Nagoulko v. INS,* 333 F.3d 1012, 1016–17 (9th Cir.2003).

Pursuant to *Elian v. Ashcroft,* 370 F.3d 897 (9th Cir.2004) (order), petitioners' voluntary departure period will begin to run upon issuance of this court's mandate.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.